# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | |
|---|---|
| United States of America<br>v.<br>James Carroll<br>DOB: XXXXXX<br><br>*Defendant(s)* | Case: 1:24–mj–00361<br>Assigned To : Sharbaugh, Matthew J.<br>Assign. Date : 11/18/2024<br>Description: COMPLAINT W/ARREST WARRANT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of November 5 through November 15, 2024 in the county of _____ in the _____ in the District of Columbia, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 2422(b) | (Attempted Coercion and Enticement of a Minor). |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Paul Fisher, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: 11/18/2024

*Judge's signature*

City and state: Washington, D.C.    Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*