UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES CARROLL,<br><br>    Defendant. | Case: 1:24–mj–00361<br>Assigned To : Sharbaugh, Matthew J.<br>Assign. Date : 11/18/2024<br>Description: COMPLAINT W/ARREST WARRANT<br><br>**UNDER SEAL** |

**AFFIDAVIT IN SUPPORT OF A
CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Paul Fisher, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AFFIANT BACKGROUND**

1.      I am a Special Agent with the Federal Bureau of Investigation and have been so employed since August 2012. Since October 2020, I have been assigned to the Washington Field Office's Child Exploitation and Human Trafficking Task Force, investigating matters involving the online exploitation of children and human trafficking. Prior to my assignment with the Child Exploitation and Human Trafficking Task Force, I was assigned to the Northern Virginia Safe Street Task Force for approximately six years, during which time I investigated narcotics violations and crimes committed by street gangs such as La Mara Salvatrucha Trece, also known as "MS-13."

2.      I have gained experience through training with the FBI and in everyday work related to conducting these types of investigations. During my career as an FBI Special Agent, I have conducted physical and wire surveillance; participated in the execution of search warrants and arrest warrants for various crimes; reviewed and analyzed numerous recorded conversations and other documentation of criminal activity; interviewed confidential human sources, subjects

and victims; and monitored wiretapped conversations of individuals engaged in various crimes. Through my training and experience, I have become familiar with various types of codes, phrases, and lingo used by individuals involved with drug trafficking and human trafficking.

3. I have participated in investigations involving computer-related offenses and have executed numerous search warrants, including those involving searches and seizures of computers, digital media, software, and electronically stored information. As part of my duties as an FBI Special Agent, I investigate criminal child exploitation and child pornography violations, including the illegal production, distribution, transmission, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2252 and 2252A, and crimes related to sex trafficking and other commercial sex offenses, in violation of 18 U.S.C. §§ 1591 and 1952.

4. I have been personally involved in the investigation of this matter. I am familiar with the information contained in this Affidavit based on my participation in the investigation, my review of documents and other evidence, my conversations with other law enforcement officers, and my training and experience. Because this Affidavit is being submitted for the limited purpose of establishing probable cause to arrest the defendant, I have not included the details of every aspect of the investigation. Where actions, conversations, and statements of others are related herein, they are related in substance and in part, except where otherwise indicated.

## **PROBABLE CAUSE**

5. The National Center for Missing and Exploited Children (NCMEC) is a non-profit 501(c)(3) organization that serves as a national clearinghouse and resource center for families, victims, private organizations, law enforcement, and the public on missing and sexually exploited

children. NCMEC operates a Cyber Tipline and Child Victim Identification program. Through the Cyber Tipline, Internet Service Providers (ISP), Electronic Service Providers (ESP), and individual persons may notify NCMEC of online child sexual abuse images. NCMEC makes information submitted to the Cyber Tipline and Child Victim Identification Program available to law enforcement agencies.

6. On September 11, 2024, an employee of Discord reported that a suspected file of child sexual abuse material (CSAM) had been uploaded to the Discord servers on September 11, 2024, at approximately 05:14 hours Coordinated Universal Time (UTC). The employee advised that the file had been uploaded by the Discord account with a username of CIRCUMCISEDLONDONGAY#0 and a Discord user ID of 1116848970593996911. The account had last been accessed from an internet protocol address (IP address) of 69.140.197.22 which resolved to a Comcast Cable account in the Washington, D.C. area.

7. This investigation was forwarded by NCMEC to the Northern Virginia – District of Columbia Internet Crimes Against Children for further investigation and assigned to your affiant.

8. Your affiant found that Discord had reported one file of suspected CSAM to NCMEC, which had been reviewed by a Discord employee prior to submission to NCMEC. The file was provided to your affiant by NCMEC and reviewed by your affiant.

9. Your affiant observed that the file displayed two naked prepubescent boys lying on a piece of furniture. One of boys is observed nude from his head to knees with his penis exposed to the viewer. Both boys are looking at the exposed penis and it appears to be the focal point of the image.

10. Discord reported that the user that had uploaded the image, CIRCUMCISEDLONDONGAY#0, had been registered on June 9, 2023, with an AT&T telephone

number of 202-355-4805 and an email address of jscusa2016@gmail.com. Discord also provided numerous IP addresses used to access the account from September 23, 2023, to September 11, 2024, which included the already reported Comcast IP address of 69.140.197.22 and a Comcast Business IP address of 50.242.193.61.

11.     On September 23, 2024, in response to legal process, your affiant was provided with records from AT&T related to 202-355-4805. The AT&T records show that the account is registered to James S. Carroll with a billing address of 4044 Chancery Court in Northwest, Washington, D.C. 20007 and a user address of 3500 Woodley Road in Northwest Washington, D.C. 20016. An email of jamescarrollusa@gmail.com was also registered to the account. Your affiant found that the user address, 3500 Woodley Road in Northwest, Washington, D.C., is the location of the Beauvoir School, which is associated with the National Cathedral's Elementary School, which is believed to be a previous employer of James Carroll.

12.     On September 23, 2024, in response to legal process, your affiant was received records from Google related to jscusa2016@gmail.com. Google records showed that the account is registered to a user who provided a name of "JSC USA," an email of JamescarrollUK@hotmail.com, the phone number 202-355-4805 (the same phone number associated with the Discord account CIRCUMCISEDLONDONGAY#0). The records further showed that that the account had been created on December 5, 2016, and had been last accessed on September 20, 2024.

13.     On September 24, 2024, in response to legal process, Comcast Cable provided a member of the FBI CEHTTF with records regarding the IP address of 69.140.197.22 (the IP address last used to access the Discord account). The Comcast Cable records showed that the account is registered to James Carroll of 4044 Chancery Court, Northwest, Washington, D.C., with a phone

number of 202-355-4805, and an email address of jamescarrollusa@comcast.net. The account listed a billing address in Olney, Maryland for the Hillandale Homeowner ASC. Your affiant knows that the residence at 4044 Chancery Court, Northwest, Washington, D.C. is located within the Hillandale Neighborhood.

14. On September 26, 2024, in response to legal process, your affiant was provided with the Comcast Business subscriber information for the IP address of 50.242.193.61, which had been used to access CIRCUMCISEDLONDONGAY#0 on numerous occasions since September 2023. Comcast Business reported that the account is registered to the National Child Research Center at 3209 Highland Place in Northwest, Washington, D.C. 20008.

15. Your affiant conducted a search of open-source databases and found that an individual named James Stewart Carroll is the publicly listed Head of School for the National Child Research Center (NCRC). The NCRC is an early childhood education center located at 3209 Highland Place in Northwest, Washington, D.C., which enrolls children ages two through five years old.

16. Pursuant to a search warrant, Discord provided law enforcement records related to CIRCUMCISEDLONDONGAY#0. Your affiant reviewed the production and found that the Discord user, CIRCUMCISEDLONDONGAY#0, had engaged in conversations with other Discord users about child sexual exploitation, circumcision of teenage boys, urinating on teenage boys and adults, and had discussed the removal of adult male's penises. Additionally, your affiant found that the Discord account of CIRCUMCISEDLONDONGAY#0 had been linked by Discord to two other accounts which were identified as follows:

   a. lukeukcirc#0 – 1283408407868604519

   b. sammysamusa#0 – 1283295411561304108

17. A member of the FBI CEHTTF issued administrative subpoenas to Discord for both accounts on November 4, 2024. Discord produced responsive records showing that LUKEUKCIRC#0 was registered with Discord on September 11, 2024, from an IP address of 50.242.193.61 (the IP address associated with the NCRC school). LUKEUKCIRC#0 was registered with an email address of jamescarrolluk@hotmail.com and had last been accessed on November 5, 2024. In addition, Discord produced records showing that SAMMYSAMUSA#0 was registered on September 11, 2024, from an IP address of 69.140.197.22 (the IP address associated with 4044 Chancery Court, NW, Washington, D.C.). SAMMYSAMUSA#0 was registered with an email address of jamescarrollusa@hotmail.com and had last accessed the account on September 11, 2024.

18. On November 5, 2024, an undercover law enforcement officer (UC) assigned to the FBI's Washington Field Office (WFO) CEHTTF working out of a satellite office within the District of Columbia contacted the Discord account LUKEUKCIRC#0 from a UC account. At approximately 2:49 pm that day, LUKEUKCIRC#0 responded to the UC and asked, "You found me and friended me?" The UC advised LUKEUKCIRC#0 that he had been looking for other people interested in circumcision to which LUKEUKCIRC#0 advised, "oh nice…love circ." LUKEUKCIRC#0 indicated during the conversation that he is "Gay 46 UK," indicating that he is a gay man, who is 46-years-old, residing in the United Kingdom.

19. The UC advised LUKEUKCIRC#0 that he had "no limits except scat. Hate that" and LUKEUKCIRC#0 advised, "SAME!!." The UC advised, "Younger the better" and LUKEUKCIRC#0 reported, "Ooo nice…Tell me more about that…" The UC stated that he was interested in "smooth and innocent…preferably little boys but girls do it for me too. You?" LUKEUKCIRC#0 responded, "Boys only" and stated his age preference was "8-12."

20. The UC asked LUKEUKCIRC#0 if he had any experience and he responded, "Just hoping/dreaming/fantasizing u?" The UC advised LUKEUKCIRC#0 that he is the father of a nine-year-old boy that he has custody of every other weekend. LUKEUKCIRC#0 asked the UC what he had done with the purported nine-year-old boy and the UC stated that he had orally and digitally sexually abused the boy, along with ejaculating on the child. LUKEUKCIRC#0 responded, "Oh that's lovely…Mmmmm…I love that u cum on him."

21. LUKEUKCIRC#0 asked the UC, "You ever try to piss?" and advised the UC that he was interested in urinating on people. LUKEUKCIRC#0 reported, "I love to drink it…I would LOVE to drink from boys." The UC stated, "I wonder if I could get my boy to do that" and LUKEUKCIRC#0 advised, "You should" then stated, "…Have him piss on you…Suck him and tell him to piss."

22. The UC asked LUKEUKCIRC#0 how he discovered that he was interested in "boys." LUKEUKCIRC#0 advised, "I just get turned on whenever I see them." The UC asked what he liked about them and LUKEUKCIRC#0 advised, "Smooth perfect bodies. Little cocks and balls. Hairlessness. Skinny bodies. Blonde Hair." The UC asked LUKEUKCIRC#0 how he "perv[s] out" and LUKEUKCIRC#0 responded, "Chat to guys. Used to see porn. Watch boys when I can." LUKEUKCIRC#0 asked the UC, "Do you like the boy enjoying it – or is that not necessary?" The UC advised that he didn't mind a "little force" and LUKEUKCIRC#0 reported, "Agree. Very hot. If he's crying, I get more turned on." LUKEUKCIRC#0 then advised, "Fuck fuck yes. Several guys on him. Relentless. No Mercy."

23. The UC advised LUKEUKCIRC#0, "Excited to see my boy again" LUKEUKCIRC#0 responded, "Mmmm good!!!! Try piss fun." The UC asked, "…Any

suggestions on how to broach the topic..' LUKEUKCIRC#0 advised, "Tell him that piss play is fun. Tell him that if you piss on hjm, he's then allowed to piss on you. Even in your mouth."

24. The UC stated, "BTW. I am legit by the way, not a fantasy person. I also love to share." LUKEUKCIRC#0 reported, "Hot" and advised the UC, "Better on Telegram" after the UC advised, "I have some PG stuff if you're interested?"

25. LUKEUKCIRC#0 provided a Telegram account of @SAMSAM_DC and advised the UC, "See you there."

26. The UC contacted @SAMSAM_DC via Telegram direct messenger and forwarded two photographs of his purported son to him[1]. The UC advised, "…Love his tight little tummy, he's super skinny." @SAMSAM_DC advised, "Ideal." The UC advised @SAMSAM_DC, "I feel like I let you down hah" and @SAMSAM_DC, "It's ok! Anything more?" The UC advised that he has to be careful and will not share until he completely trusts a person. @SAMSAM_DC advised, "Is cool."

27. On November 7, 2024, the UC continued his conversation with @SAMSAM_DC and stated that he would have custody of his purported nine-year-old son over the weekend. @SAMSAM_DC asked the UC, "…Ideally, what would happen with him – and piss? What would be the best case scenario." The UC then described how he planned on sexually abusing his purported son while watching a movie and indicated he might be interested in "piss play."

28. The UC advised that if he is receptive, he would "piss" on his purported son and asked @SAMSAM_DC for any suggestions "where." @SAMSAM_DC advised, "On his chest and belly and cock ideally. If it's going well, on his face" and then asked, "And he on you?" The UC advised that he had to train his purported son for sexual abuse and asked, "so I wonder how

---

[1] The UC did not distribute any media files of a real child.

this would work." @SAMSAM_DC advised, "You piss first. Then tell him he can "get his own back." The UC advised, "oooo make it a game. love that" and @SAMSAM_DC stated, "Yes!"

29. The UC asked @SAMSAM_DC if he would care if he told his purported son he learned "this from a friend" and @SAMSAM_DC liked the message then stated, "What I do – you do" referring to what the UC should tell his purported son about how to engage in "piss play." @SAMSAM_DC then forwarded three videos of adult males urinating on each other in various stages of undress in bathrooms and showers. @SAMSAM_DC asked if the UC was enjoying the "piss drinking?" and the UC advised, "Fuck yah. Wish they were younger." @SAMSAM_DC liked the UC's message with a fire emoji and stated, "I know!!!" @SAMSAM_DC asked the UC, "You like seeing vids of guys drinking their own piss?" and the UC advised, "I'm a degenerate. I'm interested."

30. @SAMSAM_DC then forwarded a video of a completely nude adult male standing in a bathroom. The male's face is clearly visible in the video. The adult male urinates into a plastic cup and then drinks the entirety of the urine in the cup. The UC compared a photograph of James Carroll from his District of Columbia driver's license to the nude adult male drinking the urine and found that the two individuals appeared to be the same person. @SAMSAM_DC would later delete this video from the Telegram chat while leaving all the other messages, pictures, and videos alone. The UC recovered a copy of this video prior to @SAMSAM_DC deleting the file from the Telegram chat.

31. The UC and @SAMSAM_DC continued to discuss urinating and sexually abusing the UC's purported nine-year-old son, and the UC asked @SAMSAM_DC, "Can I show him anything fun while I have him?" @SAMSAM_DC asked, "Such as?" and the UC reported, "I'd be open to anything…I like showing him new things." @SAMSAM_DC asked, "You ever show

him porn?" and the UC advised, "I've shown him some stuff. Nothing exciting though." @SAMSAM_DC asked, "Would you show him the piss ones to get him in the mood?" The UC advised that he show his purported son and asked if he had anything good to show him too. @SAMSAM_DC forwarded a video of several nude adult males urinating on one nude adult male kneeling between all the other males. @SAMSAM_DC reported, "A great group one."

32. @SAMSAM_DC and the UC continued to discuss the abuse of the UC's purported nine-year-old son over the weekend. The UC advised @SAMSAM_DC that he would have his phone during the abuse and would "take care of him" on Sunday morning. @SAMSAM_DC indicated interest in this.

33. On November 9, 2024, @SAMSAM_DC contacted the UC and indicated he wanted to know how the evening was going. The UC advised, "Just chilling now…had a nice dinner. About to start the fun. I'll fill you in later." @SAMSAM_DC responded, "Please do!!!!"

34. On November 10, 2024, @SAMSAM_DC messaged the UC and stated, "Let me know all about" and later in the day asked, "You do any piss?" The UC advised, "of course. Had to try your idea" and indicated that he had urinated on his purported son's face and @SAMSAM_DC advised, "Ideal…Did he piss too?" @SAMSAM_DC then asked, "Any new pics?"

35. On November 11, 2024, the UC reviewed Telegram and found that @SAMSAM_DC had deleted all of the messages between @SAMSAM_DC and the UC. The UC messaged @SAMSAM_DC, "???" and asked why @SAMSAM_DC deleted the chats. The following exchange occurred between the UC and @SAMSAM_DC:

*11 November 2024*

UC:             ?????

| | |
|---|---|
| Samsam DC: | Back! U? |
| UC: | lol i thought you ghosted me when you deleted everything |
| Samsam DC: | No - I just do that with all my messages periodically |
| | Smart to do |

### 12 November 2024

| | |
|---|---|
| UC: | Ahhh gotcha. Sorry passed out early last night |
| | I have a lot to lose so I always appreciate smart / safe people in our world. |
| Samsam DC: | Yes - cool! |
| UC: | hows your afternoon going? You guys are like 8 hours ahead of us right? |
| Samsam DC: | 5 hrs |
| UC: | ah gotcha. |
| Samsam DC: | Yeah ! |
| UC: | hows life over there? I think I need to move out of the country lol |
| Samsam DC: | It's chill |

| | |
|---|---|
| UC: | 😂😂 man of few words. Trying to get to know my perv buddy, build some trust |
| Samsam DC: | Just trying to be done with work!! How u today? |
| UC: | 😂😂😂 Work sucks |
| Samsam DC: | Very much so!!! |
| UC: | Same. Trying to survive today. I spend my day staring at excels. |
| Samsam DC: | Oh no! |
| UC: | sucks man. still have a few hours to go

shoot me |
| Samsam DC: | Ha ok

No time to chat? |
| UC: | theres always time to chat |
| Samsam DC: | Mmm good

Hoped to hear more about your weekend… |
| UC: | i have to be careful....people wandering around, but wow. |
| Samsam DC: | Right… |

UC:  He was shocked at first 😼

Samsam DC:  I bet!

Where was he when you pissed?

UC:  I had him in the shower.

had already had my other fun with him.

Samsam DC:  Wow

UC:  put him on his knees and told him to close his eyes.

Samsam DC:  Perfect

Did he drink any of it?

UC:  Not this time, but there will be a next time.

Samsam DC:  Did he piss at all too?

UC:  No. He was really flustered by the whole experience.

i think that's going to take some training

Samsam DC:  Ok cool

How flustered?

What he do?

| | |
|---|---|
| UC: | enough that i had to hold him a little bit on the shoulder while i did it 😈 |
| Samsam DC: | Fuck yeah |
| UC: | he was a good boy though. He's getting a new game 😂 |
| Samsam DC: | Yes!!! |
| UC: | yah, this is part of my fun now |
| | great addition |
| Samsam DC: | Perfect |
| | It is |
| | Piss is the best |
| UC: | it's fucking hot. i never knew i would be into this. |
| Samsam DC: | I adore it |
| | Always have |
| | Actually ever since I was a boy too |
| UC: | def love the idea of pissing on property like a dog. |
| | hell yah. |
| | fuck yah....tell me more 😈 |

| | |
|---|---|
| Samsam DC: | Boys at school would show off their pissing at the group urinal |
| | Some would drink it too |
| UC: | mmmm naughty |
| | You do any piss play now? |
| Samsam DC: | I do! Often! |
| | Have a regular guy |

[UC and SAMSAM DC then discuss sexual activity with adults]

### 14 November 2024

| | |
|---|---|
| UC: | Well hopefully we can catch up today. I had a thought |
| Samsam DC: | Yeah?  What's that? |
| UC: | well. I'm going to have him again before Thanksgiving and I've gotten over the first time with piss.  So now I want to do it right soooooooooo |
| Samsam DC: | Yeah?? |
| UC: | I'm gonna ask my perv buddy the best way to piss play since the first time was the first time [laughing emoji] |

(you're my perv buddy)

Samsam DC:   Mmm yea!

UC:   I want to make sure I'm setting this up to keep going into the future 😼

Samsam DC:   You need to piss all over his entire body

Hard stream on to his cock

Then he must swallow you

Then do the same to you

UC:   mmmmmm yes

I can def handle my end, it's just a matter of convincing him to piss on me.

Samsam DC:   Yeah!!

UC:   how i can make that part easy for me, because I do want to feel his piss on me

Samsam DC:   You need it!

UC:   I know I do, just ant to make sure I get it.

Samsam DC:   Tell him it's part of the game What you do, he does

| | |
|---|---|
| UC: | mmmmmhhhmmm i mean he's trained so that should work, just because I want this to work ha |
| Samsam DC: | Yeah! It should! |
| UC: | 😼<br>The other part is something for you. I think I figured out how to do it so our faces are covered when I record... |
| Samsam DC: | Oh ideal |
| UC: | and this is so hot......I'm excited about this. What would you want to see? I want to make this special. |
| Samsam DC: | Hopefully both of you pissing<br>You sucking him<br>You cum on his body |
| UC: | I'll try my best on the first part, but I can def. do the other two. |
| Samsam DC: | Ok cool |
| UC: | When i do this, i expect you to not share it also. Gotta stay between me and you |
| Samsam DC: | Of course!!! |

| | |
|---|---|
| UC: | I'm like just as excited for him to try to piss on me as I am to make something for you. |
| | Gotta say thank you for getting me out of my vanilla vibe 😂 |
| Samsam DC: | Good!! |
| UC: | I think when he gets older and starts finding his own people to fuck he'll be happy he's got some new moves too 😼 |
| | but until then his tiny little ass is my urinal |
| | 🔥 |
| Samsam DC: | Yes |
| | He's gay, right? |

36. On November 12, 2024, at approximately 1:17 pm, your affiant conducted surveillance at the NCRC located at 3209 Highland Place in Northwest, Washington, D.C. and observed a vehicle registered to James Carroll parked in front of the NCRC.

37. On November 13, 2024, your affiant received records from Discord pursuant to a search warrant for the Discord account CIRCUMCISEDLONDONGAY#0. Your affiant reviewed the contents of the account and located numerous selfie style photographs of CARROLL within the contents of the account. These photographs are consistent with CARROLL's District of Columbia driver's license photograph.

38. Your affiant also located the conversation in which CARROLL distributed the file of CSAM reported by Discord to NCMEC. CARROLL indicated during this conversation that he has an interest in "boy pics" and then discussed the boy in the reported CSAM being circumcised.

CARROLL also advised the user that he would look for photos of himself as a boy which includes nudity and scan them in to send.

39. On November 14, 2024, your affiant received records from Discord pursuant to a search warrant for the Discord account LUKEUKCIRC#0. Your affiant reviewed the contents of the account and located numerous selfie style photographs of CARROLL within the contents of the account. Your affiant also located a photograph of a D.C. Driver's License within the images in the Discord records which depicted CARROLL's photograph visible and the biographical information blacked out. This image was consistent with the D.C. driver's license for JAMES CARROLL.

40. During the UC's conversation with @SAMSAM_DC the UC also received messages from the Discord account of LUKEUKCIRC#0 indicating that the UC had missed messages from @SAMSAM_DC on Telegram. The UC observed that LUKEUKCIRC#0 had an icon on their account indicating that the account was being accessed from a mobile device.

41. Additionally, a review of information provided by Discord regarding LUKEUKCIRC#0 indicated that the account had been accessed from IP addresses identified by administrative subpoena resolving to the NCRC and to 4044 Chancery Court in Northwest, Washington, D.C. 20007 from October 1, 2024, to November 5, 2024. A third IP address was also located which resolved to an AT&T Wireless account generally resolving to the Washington, D.C. area.

42. Based on the foregoing information, there is probable cause to believe that both the CIRCUMCISEDLONDONGAY#0 and LUKEUKCIRC#0 Discord accounts were used by JAMES CARROLL, date of birth December 28, 1968.

43. Based on the aforementioned facts, I respectfully submit there is probable cause to believe that JAMES CARROLL, (date of birth: 12/28/1968) committed the offense of Attempted Coercion and Enticement of a Minor in violation of 18 U.S.C. 2422(b).

Respectfully Submitted,

_____
Paul Fisher
Special Agent
Federal Bureau of Investigation

Subscribed and sworn pursuant to Fed. R. Crim. P. 4.1 and 41(d)(3) on November 18, 2024.

_____
HONORABLE MATTHEW J. SHARBAUGH
UNITED STATES MAGISTRATE JUDGE