AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## for the
### District of Columbia

FID 11739062

**RECEIVED** By USMS District of Columbia District Court at 4:21 pm, Nov 18, 2024

United States of America
v.
James Carroll

*Defendant*

)
)
) Case: 1:24–mj–00361
) Assigned To : Sharbaugh, Matthew J.
) Assign. Date : 11/18/2024
) Description: COMPLAINT W/ARREST WARRANT
)

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* James Carroll,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. 2422(b) (Attempted Coercion and Enticement of a Minor).

Date: 11/18/2024

Digitally signed by Matthew J. Sharbaugh
Date: 2024.11.18 16:09:15 -05'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 11/18/2024, and the person was arrested on *(date)* 11/19/2024
at *(city and state)* Washington, DC.

Date: 11/19/2024

*Arresting officer's signature*

CEstrada  DUSM
*Printed name and title*