**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA :**

      **v.**          **:**         **No. 24-mj-361**

**JAMES CARROLL**      **:**

<u>**MOTION TO CONTINUE HEARING**</u>

      James Carroll, through undersigned counsel, respectfully moves this Honorable Court to continue the detention hearing currently set for November 25, 2024.  Counsel needs additoinal time to prepare a proposed release plan for Mr. Carroll.  Counsel requests a continuance to December 18, 2024.  Due to the pending motion for detention, the speedy trial clock will be tolled.

      For the foregoing reasons, Mr. Carroll asks the Court to vacate the detention hearing scheduled for November 25, 2024 until December 18, 2024.

                    Respectfully submitted,

                    A. J. KRAMER
                    FEDERAL PUBLIC DEFENDER

                    <u>*/s/ Diane Shrewsbury*</u>
                    Diane Shrewsbury
                    Assistant Federal Public Defender
                    625 Indiana Avenue, N.W., Suite 550
                    Washington, D.C.  20004
                    (202) 208-7500

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

**UNITED STATES OF AMERICA :**

          **v.**          **:**          **No. 23-cr-440 (CKK)**

**MIKAIL WILLIAMS**         **:**

**[PROPOSED] ORDER**

Upon consideration of Mr. Williams's Consent Motion to Continue, it is hereby

ORDERED that the Motion is GRANTED; it is further

ORDERED that the status conference set for July 16, 2024 is VACATED and a plea

hearing is set on _____ at _____ a.m./p.m.

SO ORDERED.

DATE:                          _____

                              COLLEEN KOLLAR-KOTELLY
                              UNITED STATES DISTRICT JUDGE